FILED
2017 Feb-21 PM 05:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

1983 Form

CV-17-HS-0273-W

# In the United States District Court
# For the Northern District of Alabama

FILED 2017 FEB 21 P 1:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

Ardragust D. Torrance
_____
_____

(Enter above the full name(s) of the plaintiff(s) in this action.)

v

Captain John Hutton
Warden Willie Thomas
Warden Willie Bennett
Warden Deborah Toney

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (X)

   B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiff(s): _____

         Defendant(s) _____

      2. Court (if Federal Court, name the district; if State Court, name the county)

         _____

      3. Docket Number _____

      4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   ⌀

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement __BiBB CoRRectioNAl__

   A. Is there a prisoner grievance procedure in this institution?
      Yes (✓)   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes (✓)   No ( )

   C. If your answer is YES:
      1. What steps did you take? __I Filed my GRievaNce IN Respect To what Took Place__
      2. What was the result? __I Received No Response__

   D. If your answer is NO, explain why not? ⌀

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) __ARdRAgust DewAyNe ToRRANce__

   Address __565 BiBB LANe, BReNt AlA. 35034__

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant __CAptain John Hutton__
is employed as __Captain of Security__
at __Bibb County Prison" 565 Bibb Lane, Brent Ala. 35034__

C. Additional Defendants __Warden Willie Thomas, Warden Deborah Toney, Warden Willie Bennett All Addressed At 565 Bibb Lane, Brent, Ala. 35034__

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On Sunday January 15, 2017 At Approximately 10:50 A.M. I was in my Assign Dormitory - A-3, when I was stabbed (5) Times By Inmate "Kwesi Allen" With A Inmate Made Knife, As I did Try To defend Myself, But was unable" But I was Able To Make It To The Dormitory Door, where I was Able To Alert The Officer working The Dormitory Cubicle.

After getting The Officer Attention, And The Officer observing Blood on My Clothing" The Officer Notified Higher Officials of An Incident which was Officer Miree, who stated To Me "That I Had Been Stabbed, And It Appeared To Be several

Times, And once Officers Responded "I was Taken To The Health Care Unit, By Wheel Chair" And once I Arrived I was Attended By Nurses who only Applied stitch strips To Try And Stop The Bleeding, But Laughing The Entire Time" Telling Me Its Alright. I was Remained In Health Care From 11:00 AM

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Due To Lack of Security, And Video Footage shows The Incident, my Claim Is Punitive Damages, Mental Stress, Mental Anguish And Pain And Suffering" And I'm Asking of The Court For The Amount of $200,000.00 Dollars For A Life Threatning situation, And That Action Be Immediately Taken

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1-25-17
                    (date)

                        Ardragust D. Torrance
                        _____
                        _____
                        _____
                        _____
                        _____
                        _____                     "
                        _____
                            Signature(s)

Continued Claim # Pg. 1

Sunday, until 1:00 A.M Monday January 16, 2017.
On the same day January 16, 2017" one of the nurses observed that the bleeding was continuing, and called Dr. Paluakovic and explained, But the Doctor told the nurse, that he was not working on Hollidays" And to send me to the Hospital, and I was taken to Bibb Medical By Sgt. Orlando Walker, and upon my arrival" I was stiched up By a Doctor From Bibb Medical, and told that prison officials should have been Transported me" And I then received a M.R.I And it was discovered, that I was Bleeding Internal So I was taken From Bibb Medical By Ambulance to D.C.H Hospital in Tuscaloosa County Alabama where more test was ran" And it was Determined, that I had Fractured Ribs, from the weapon entry.

I was given a prescription For Cremes" And also Medication from The Doctor at D.C.H Hospital, And when I returned back to Bibb County prison on January 17, 2017, I saw Dr. Paluakovic And he never looked at my wounds" He only told me I would Be alright, and I was released back into the prison population, with open wounds.

As of this Day January 25, 2017" I continue to receive pains as I Breath" walk, talk, sit down or even lay down" And I'm receiving no Help From prison Officials.

Continued Claim #pg. 2

I was told by prison officials, that this incident was recorded by video footage" in A-Dormitory #3 And they are aware, that there was no officer in the dormitory, when the incident occurred" And they are aware of lack of security, but there is nothing they can do about it.

After prison officials had told me about the incident is on the video footage, and I was going back to my living area" I observed the same guy who stabbed me (5) times walking through the prison population, And I have reported to prison officials, that I'm living in fear" But I was told to get the fuck out of the shift office, by Sgt. Hines and Lt. Wilson.

To the best of my knowledge, the above stated is true and correct, and I will testify to the same in the court of law.

Respectfully submitted
Ardraguist Dewayne Torrance